254 So.2d 464

James E. LEITHMAN

v.

DOLPHIN SWIMMING POOL CO., Inc.

No. 51874.

Nov. 30, 1971.

In re: Dolphin Swimming Pool Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 252 So.2d 557.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

254 So.2d 464

Seymour FERINA

v.

UNITED PAPER COMPANY, Inc.

No. 51876.

Nov. 30, 1971.

In re: Seymour Ferina applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 252 So.2d 542.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.